IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Eversole being first duly sworn, hereby deposed, and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since April of 2021.  As such, I am an investigative or law enforcement officer of the United Stated within the meaning of 18 U.S.C. § 2510 (7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.  I have received training and have gained experience in all aspects of law enforcement, including interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer evidence identification, computer evidence seizure and processing, and various other criminal laws and procedures.  I have not included every detail of every aspect of my training, education, and experience but have highlighted those areas most relevant to this affidavit.

2.      The information contained in this affidavit details a summary of the investigative efforts that led to the arrests of Damian HERNANDEZ-CRUZ, Gregorio RIOS-CRUZ, and Eduardo RIOS-CRUZ for violations of 18 U.S.C. § 922(g)(5), illegal alien in possession of a firearm.  I am familiar with the facts and circumstances of this case.  The facts set forth in this affidavit are based: on my personal observations; knowledge obtained from other agents and other individuals; my review of documents related to this investigation; oral and written communications with others who have personal knowledge of the events and circumstances

described herein; and review of public source information, including information available on the Internet.  Since this affidavit is being submitted for a limited purpose, I have not included each and every fact I know concerning this investigation. Rather, I have set forth only the facts that relate to the issue of whether probable cause exists to support the issuance of the requested criminal complaint. Where statements of others or the contents of records are related herein, they are related in substance and in part, except where otherwise indicated.  Dates, times, figures, and calculations reported in this affidavit are approximate.

3. On October 17th, 2025, ATF Special Agents, Mount Sterling Police Department (MSPD) Officers, and Gateway Area Drug Task Force (GADTF) Task Force Officers were conducting surveillance at the Court Day Festival in Mount Sterling, Montgomery County, Kentucky, which resides in the Eastern District of Kentucky. The Court Day Festival is a weekend event held in Mount Sterling, Kentucky. Vendors and private citizens have an open-air market to sell items, including firearms. Law enforcement is aware that prohibited persons frequent this event in an effort to obtain firearms.

4. During the surveillance, investigators observed three Hispanic males identified as Eduardo RIOS-CRUZ, Damian HERNANDEZ-CRUZ, and Gregorio RIOS-CRUZ, carrying firearms to a 2007 black Dodge R35 bearing Tennessee license plate: 3CP5023. During observation of the three Hispanic males returning to the vehicle, it appeared they were concealing the firearms in trash bags in the bed of the truck. Investigators observed the three Hispanic males make numerous trips back to the vendors and repeat the same pattern. Investigators observed each of the three Hispanic males in possession of at least one or more firearms during the surveillance.

5. When the three Hispanic males were leaving the event, your Affiant observed all three not wearing a seatbelt when they departed from the area in the Dodge R35. MSPD patrol officers conducted a traffic stop on the vehicle on East Locust Street in Mount Sterling, Kentucky, for failure to wear a seatbelt. During the traffic stop, and when asked for identification, the three Hispanic males provided law enforcement with foreign identification cards. None of the three subjects possessed some form of a United States issued identification card. The patrol officers asked the three subjects if there were any firearms in the vehicle to which the subjects responded "yes." The driver then gave officers consent to search the vehicle. During the search of the vehicle, investigators located eighteen firearms concealed in trash bags underneath a toolbox in the bed of the motor vehicle. The firearms consisted of three pistols and fifteen rifles.

6. Investigators conducted individual interviews with each of the three subjects after advising each of the Miranda Warnings. Each agreed to speak with investigators. During these interviews, all three subjects advised they were illegally in the United States. The subjects further admitted that they had purchased approximately five to six firearms each.

7. Your Affiant contacted Homeland Security Investigations (HSI) for further assistance. Upon further investigation into the three subjects, HSI confirmed to your Affiant that all three subjects were not United States citizens and, instead, were aliens illegally and unlawfully in the United States.

8. ATF Special Agent and Nexus Expert James Freeman conducted a preliminary examination of all eighteen firearms. Based on his education, training, and experience, Special Agent Freeman determined that all eighteen firearms had not been manufactured in the state of Kentucky and, therefore, had traveled in and affected interstate commerce.

## **CONCLUSION**

9.     Based on the foregoing, there is probable cause to believe that on or about October 17th, 2025, Damian HERNANDEZ-CRUZ, Gregorio RIOS-CRUZ, and Eduardo RIOS-CRUZ knowingly and intentionally possessed a firearm, therefore, committing the offense of 18 U.S.C. § 922(g)(5).  I therefore respectfully request the issuance of the proposed arrest warrants for each subject.

Respectfully submitted,

/s/ Matthew Eversole_____
Matthew Eversole
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) on the 18th day of October 2025.

_____
Honorable Matthew S. Stinnett
UNITED STATES MAGISTRATE JUDGE

4